## DALL v. STATE et al.

No. 2384.   Decided April 28, 1913 (134 Pac. 632).

APPEAL from District Court, Sixth District; *Hon. A. H. Christensen,* Presiding Judge.

Action by S. H. Dall, against the State of Utah, the State Board of Land Commissioners and others, and Caleb Tanner and Freeman Tanner.

Judgment for plaintiff. Defendants appeal.

REVERSED AND REMANDED, WITH DIRECTIONS.

*A. R. Barnes,* Attorney-General, *E. V. Higgins* and *George C. Buckle,* Assistant Attorneys-General, and *J. W. Cherry* for appellants.

*Bates & Magleby* for respondent.

FRICK, J.

This case was tried in connection with the preceding case, and, with the exception of the ownership of the land and the amount of damages, the pleadings, the evidence and judgment are the same as in the preceding one. The decision is therefore controlled by the one in that case. For the reasons there stated, the judgment is reversed and the case is remanded to the district court, with directions to set aside the judgment and to dismiss the case. Appellants to recover costs.

McCARTY, C. J., and STRAUP, J., concur.